FILED
CLERK, U.S. DISTRICT COURT
SEPT 9, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KOHN LAW GROUP, INC., and ROBERT E. KOHN,<br><br>Petitioners,<br><br>v.<br><br>BRUCE JACOBS, THE LS LAW FIRM, and LILLY ANN SANCHEZ,<br><br>Respondents. | CASE NO. 2:19-CV-05775-VAP-Ex<br><br>**[PROPOSED] JUDGMENT** |

The Court, having read and considered Petitioners Robert E. Kohn and Kohn Law Group, Inc.'s (collectively "Petitioners") Petition to Confirm in Part and Vacate in Part, and/or to Correct in Part, an Award Pursuant to Arbitration ("Petition"), and all papers filed in support of, and in opposition to, the Petition, and having deemed the Petition suitable for resolution without oral argument pursuant to Local Rule 7-15:

**HEREBY ORDERS, ADJUDGES, AND DECREES:**

1. That the Final Arbitration Award issued by the Honorable Jacqueline A. Connor (Ret.) on May 17, 2019 is CONFIRMED in its entirety in accordance with the Court's Order entered on September 4, 2019 [DKT # 22].

2. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 09, 2019

_____
Hon. Virginia A. Phillips
Chief United States District Judge